UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONALD WHITCOMB,  CASE NO. 5:13-cv-30-RS-EMT

    Plaintiff,

v.

CITY OF PANAMA CITY; FRANK
McKEITHEN, in his official capacity
as SHERIFF of BAY COUNTY, FLORIDA;
CHRIS TAYLOR, individually; MARK
AVILES, individually; JEFFREY
BECKER, individually; and SCOTT
TEEPLE, individually,

    Defendants.
_____/

**PLAINTIFF'S CONSENTED MOTION FOR EXTENSION OF TIME TO FILE EXPERT REPORT**

    Plaintiff, RONALD WHITCOMB, through his counsel and pursuant to N.D. Local Rule 7.1, hereby files this Consented Motion for Extension of Time to File Expert Report and states the following in support thereof:

    1.    Plaintiff's expert report is due July 1, 2013. Plaintiff needs additional time to submit his report up to and including July 8, 2013.

    2.    The undersigned has conferred with counsel for all Defendants pursuant to N.D. Local Rule 7.1, and they consent to the relief sought herein.

    3.    This Motion is not filed for the purpose of delay but is filed in good faith based on the representations made above.

WHEREFORE, Plaintiff respectfully requests that he be permitted up to and including July 8, 2013 to submit his expert report, all for the reasons more fully set forth above.

Respectfully submitted,

/s/ Marie A. Mattox
Marie A. Mattox; FBN 0739685
MARIE A. MATTOX, P. A.
310 East Bradford Road
Tallahassee, FL 32303
Telephone: (850) 383-4800
Facsimile: (850) 383-4801

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record by CM/ECF this 1st day of July, 2013.

/s/ Marie A. Mattox
Marie A. Mattox